

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00465-CV

Sally Valadez a/k/a Sally Valadez Glenn
v.
Kelsey-Seybold Medical Group, PLLC and Jennifer H. Breazeale, M.D.

On Appeal from the
284th District Court of Montgomery County, Texas
Trial Cause No. 13-05-05499-CV

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

November 24, 2015